AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__   District of __Massachusetts__

William Decologero

V.

Hartford Life Insurance Co.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **05 11613 REK**

TO: (Name and address of Defendant)

Hartford Life Insurance Co.
200 Hopmeadow Street
Simsbury, Ct  06089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cheri L. Crow, Esq.
23 Walkers Brook Drive
Reading, Ma.  01867

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  AUG 3 - 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Sept 20, 2005 |
| NAME OF SERVER (PRINT)  CT STATE MARSHAL Richard E. Ostop | TITLE  CT. STATE Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served personally upon Andrew C. Stabnick, Counsel at Hartford Life Insurance Companies, 200 Hopmeadow St. Simsbury, CT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $13.80 | $36.20 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/20/05
           Date

Signature of Server  [signed] CT. State Marshal

Address of Server  P.O. Box 42, Simsbury, CT 06070-0042

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.