UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM DECOLOGERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO: 11613 REK |
| HARTFORD LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATEMENT PURSUANT TO
F.R.C.P. 16(B) AND LOCAL RULE 16.1(D)**

The parties in the above-captioned action have conferred and submit the within Joint Statement pursuant to F.R.C.P. 26 and Local Rule 16.1.

### I.    INITIAL DISCLOSURES

The Plaintiff and the Defendant will make the required pre-discovery disclosures pursuant to F.R.C.P. 26(a)(1) within 14 days after the Scheduling Conference.

### II.    PRE-TRIAL SCHEDULE

1. Motions to add parties, add claims or move to dismiss claims to be filed by January 8, 2006.

2. Discovery, if any, to be completed by April 15, 2006.

3. Dispositive motions to be filed by July 1, 2006

4. Oppositions to Dispositive motions to be filed by August 1, 2006

5.  Pre-Trial Conference                                     As the Court's
                                                             calendar permits

6.  Trial                                                    As the Court's
                                                             calendar permits

### III. TRIAL BY MAGISTRATE JUDGE

The parties have discussed trial by magistrate judge and all parties do <u>not</u> agree to a trial by magistrate judge.

### IV. SETTLEMENT PROPOSALS

The Plaintiff will serve a written settlement demand on the Defendant prior to the Scheduling Conference.

### V. MEDIATION

The parties are agreeable to discussing non-binding mediation.

### VI. AGENDA FOR SCHEDULING CONFERENCE

The parties propose that the Court address Pre-Trial scheduling at the Scheduling Conference on December 1, 2005.

### VII. LOCAL RULE 16.1(D)(3) CERTIFICATIONS

The parties' Local Rule 16.1(D)(3) certifications have been or will be filed.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| William DeCologero, | The Hartford Life Insurance Co., |
| By his attorney, | By its attorneys, |
| *Cheri L. Crow /NB* | *James J. Ciapciak /NB* |
| Cheri L. Crow, BBO # 106830 | James J. Ciapciak #552328 |
| 23 Walkers Brook Drive | Ciapciak & Associates, P.C. |
| Reading, MA 01867 | 99 Access Road |
| (781) 944-8470 | Norwood, MA 02062 |
| | (781) 255-7401 |