UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM DECOLOGERO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO: 11613 REK |

### DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S
### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Federal Rule of Civil Procedure, Local Rule 16.1(D)(3), the undersigned hereby certify that Hartford Life Insurance Company has conferred with its counsel in this matter:

a) with a view to establishing a budget for the costs of conducting the full course of litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution.

HARTFORD LIFE INSURANCE
COMPANY,
By Its Authorized Representative,

_[signature]_

COUNSEL OF RECORD,

_[signature]_
James J. Ciapciak (BBO # 552328)
Nadine M. Bailey (BBO # 644493)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
Tel: (781) 255-7401
Fax: (781) 255-7402

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on November 29, 2005.

Nadine M. Bailey