UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM DECOLOGERO,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO: 11613 REK |

### DEFENDANT, HARTFORD LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Hartford Life Insurance Company, a nongovernmental corporate party to this action, hereby certifies that any parent corporation and any publicly-held corporation that owns 10% or more of its stock, is as follows:

The Hartford Financial Services Group, Inc., Delaware    (parent and publicly held)
Hartford Holdings, Inc., Delaware
Hartford Life, Inc., Delaware
Hartford Life and Accident Insurance Company, Connecticut
Hartford Life Insurance Company, Connecticut

Defendant,
HARTFORD LIFE INSURANCE COMPANY,
By Its Attorneys,

*/s/ Nadine M. Bailey*
James J. Ciapciak (BBO # 552328)
Nadine M. Bailey (BBO# 644493)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
Tel: (781) 255-7401
Fax: (781) 255-7402

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on November 27, 2005.

*Nadine M. Bailey*
Nadine M. Bailey