UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11613-REK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM DECOLOGERO,
    Plaintiff

v.

HARTFORD LIFE INSURANCE
COMPANY,
    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**

I, William Decologero, and I, Cheri L. Crow, Esq., certify that we have conferred and discussed the establishment of a budget for the course of conducting the full course - and various alternative courses - of the litigation in the above-captioned matter as well as the consideration of the resolution of the litigation through the use of various alternative dispute resolution programs.

PLAINTIFF

_____
William Decologero

PLAINTIFF'S COUNSEL

_____
Cheri L. Crow, Esq.  BBO#106830
23 Walkers Brook Drive
Reading, MA  01867
(781) 944-8470

CERTIFICATE OF SERVICE

I, Cheri L. Crow, Esq., counsel for plaintiff, William Decologero, hereby certify that on this 1st day of December, 2005, I served the foregoing pleading upon all counsel of record by hand-delivering a copy of same to:

James J. Ciapciak, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA  02062

_____
Cheri L. Crow, Esq.

2