UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM DECOLOGERO,<br><br>  Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE<br>COMPANY,<br><br>  Defendant. | CIVIL ACTION NO: 11613 REK |

### HARTFORD LIFE INSURANCE COMPANY'S
### MOTION TO STAY DISCOVERY PENDING
### A RULING ON THE MOTION TO DISMISS/MOTION FOR SUMMARY
### JUDGMENT

Defendant Hartford Life Insurance Company (hereinafter the "Hartford") has filed a Motion to Dismiss/Motion for Summary Judgment based upon the statute of limitations. If the motion is allowed, then discovery will not be necessary. As such, the Hartford moves to stay all discovery (and initial disclosures) pending a ruling on the motion to dismiss/motion for summary judgment, as this will avoid the expensive and time consuming process of potentially unnecessary discovery for the parties as well as this Honorable Court.

As grounds for its motion, the Hartford further states that it terminated the Plaintiff's long term disability benefits based on the language contained within the Policy more than three years prior to Plaintiff filing suit, and Plaintiff failed to bring suit within

the Policy's three year limitation of action period from any of the possible events that could have triggered the accrual of the Plaintiff's claim.

WHEREFORE, the Hartford respectfully requests that discovery be stayed pending a ruling on the Motion to Dismiss/Motion for Summary Judgment.

Respectfully submitted by,
HARTFORD LIFE INSURANCE COMPANY,
By Its Attorneys,

*/s/ Nadine M. Bailey*

James J. Ciapciak, BBO #: 552328
Nadine M. Bailey, BBO # 644493
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
Tel: (781) 255-7401
Fax: (781) 255-7401

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on 12/13 2005, I contacted Plaintiff's counsel and we conferred and attempted in good faith to resolve or narrow the issues pursuant to L.R. 7.1(A)(2).

*/s/ Nadine M. Bailey*
Nadine M. Bailey

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon Counsel of Record on December 14 2005.

*/s/ Nadine M. Bailey*
Nadine M. Bailey