UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

WILLIAM DECOLOGERO,

    Plaintiff,

v.

HARTFORD LIFE INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO: 11613 REK

### DEFENDANT, HARTFORD LIFE INSURANCE COMPANY'S, MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT

Defendant, Hartford Life Insurance Company (hereinafter the "Hartford"), moves to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56.

As grounds for its motion, the Hartford states (as more fully set forth in the attached Memorandum of Law In Support of this motion, attached hereto, as well as the Statement of Material Undisputed Facts) that Plaintiff brought suit under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. ¶ 1001 et. seq. against the named Defendant seeking coverage under a long term disability benefits plan established by the Trustees of the Educational Profession of America Group Insurance Trust. Hartford issued a disability policy of insurance to the Trustees of the Educational Profession of America Group Insurance Trust under Policy number 83AGP00506 ("Policy"). Hartford terminated the Plaintiff's long-term disability benefits based on the language contained within the Policy.

As set forth in the attached Memorandum, dismissal or summary judgment should be granted to the Hartford because the Plaintiff failed to bring suit within the Policy's three year limitation of action period from any of the three possible events that could have triggered the accrual of the Plaintiff's claim.

WHEREFORE, Defendant, Hartford Life Insurance Company, respectfully requests that all claims against it be dismissed with prejudice and with fees and costs levied against Plaintiff.

> Respectfully submitted by,
> HARTFORD LIFE INSURANCE
> COMPANY,
> By Their Attorneys,
>
> /s/ Nadine M. Bailey
> James J. Ciapciak, BBO #: 552328
> Nadine M. Bailey, BBO # 644493
> CIAPCIAK & ASSOCIATES, P.C.
> 99 Access Road
> Norwood, MA 02062
> Tel: (781) 255-7401
> Fax: (781) 255-7401

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on 12/13 2005, I contacted Plaintiff's counsel and we conferred and attempted in good faith to resolve or narrow the issues pursuant to L.R. 7.1(A)(2).

/s/ Nadine M. Bailey
Nadine M. Bailey

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon Counsel of Record on December 14 2005.

/s/ Nadine M. Bailey
Nadine M. Bailey