UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11613-REK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
WILLIAM DECOLOGERO,               \*
    Plaintiff                             \*
\*
v.                                         \*
\*
HARTFORD LIFE INSURANCE    \*
    COMPANY,                          \*
    Defendant                           \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM WILLIAM DECOLOGERO'S AMENDED ANSWER TO DEFENDANT'S COUNTERCLAIM**

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Without knowledge.
11. Without knowledge.
12. Admitted.

13. Denied.

14. Defendant-in-Counterclaim admits that he received correspondence from The Hartford attached to the counterclaim as Exhibit 1 and says the document speaks for itself.

15. Defendant-in-Counterclaim admits that he received correspondence from The Hartford attached to the counterclaim as Exhibit 1 and says the document speaks for itself.

16. Defendant-in-Counterclaim admits that he has not reimbursed The Hartford but denies that it was an overpayment.

## COUNT I

17. Defendant-in-Counterclaim incorporates by reference his answers to paragraphs 1-16 to the counterclaim.

18. Admitted.

19. Admitted.

20. Denied.

21. Denied.

22. Denied.

## COUNT II

23. Defendant-in-Counterclaim incorporates by reference his answers to paragraphs 1-22 to the counterclaim.

24. Denied.

25. Admitted.

26. Denied.

## COUNT III

27. Defendant-in-Counterclaim incorporates by reference his answers to paragraphs 1-26 to the counterclaim.

28. Denied.

29. Admitted.

30. Denied.

31. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The counterclaims are barred by the applicable limitations periods.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff-in-Counterclaim fails to state a claim for which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

The counterclaims are barred by the plain and unambiguous terms of the Policy.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff-in-Counterclaim fails to state a claim under ERISA's exclusive remedial mechanism.

### ADDITONAL AFFIRMATIVE DEFENSE

Defendant-in-Counterclaim gives notice that he intends to rely upon such other and further defenses as may become available or apparent during this litigation in this case and hereby reserves the right to amend his answer to assert any such additional defenses.

                                                                       Plaintiff/Defendant-in-Counterclaim
William Decologero
By his Attorney

/s/  *Cheri L. Crow*

_____
Cheri L. Crow, Esq.  BBO#106830
23 Walkers Brook Drive
Reading, MA   01867
(781) 944-8470
chericrow@attorneycrow.org

CERTIFICATE OF SERVICE

    I, Cheri L. Crow, Esq., counsel for Plaintiff/Defendant-in-Counterclaim, William Decologero, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 6, 2006.

Nadine Bailey, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA   02062

/s/  *Cheri L. Crow*

_____
Cheri L. Crow, Esq.