UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11613-REK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
WILLIAM DECOLOGERO, \*
    Plaintiff \*
\*
v. \*
\*
HARTFORD LIFE INSURANCE \*
    COMPANY, \*
    Defendant \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S OPPOSITION TO DEFENDANT"S MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT**

Plaintiff William Decologero hereby states his opposition to Defendant Hartford Life Insurance Company's Motion to Dismiss/Motion for Summary Judgment in the above matter. Plaintiff relies on its Memorandum in Opposition to Defendant's Motion to Dismiss/Motion for Summary Judgment submitted herewith.

**STATEMENT OF MATERIAL FACTS**

For the purposes of this motion, Plaintiff accepts Defendant's Statement of Material Facts.

          Plaintiff
          William Decologero
          By his Attorney


          /s/  *Cheri L. Crow*
          _____
          Cheri L. Crow, Esq.
          BBO#106830
          23 Walkers Brook Drive
          Reading, MA   01867
          (781) 944-8470
          chericrow@attorneycrow.org

2

CERTIFICATE OF SERVICE

    I, Cheri L. Crow, Esq., counsel for Plaintiff William Decologero, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 20, 2006.

Nadine Bailey, Esq.<br>
Ciapciak & Associates, P.C.<br>
99 Access Road<br>
Norwood, MA   02062

                                       /s/  *Cheri L. Crow*
                                       _____
                                       Cheri L. Crow, Esq.