UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM DECOLOGERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO: 11613 REK |
| HARTFORD LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT, HARTFORD LIFE INSURANCE COMPANY'S
ASSENTED TO MOTION FOR LEAVE TO FILE
DEFENDANTS' REPLY BRIEF
TO PLAINTIFF'S OPPOSITION TO MOTION TO
DISMISS/MOTION FOR SUMMARY JUDGMENT**

Defendant, Hartford Life Insurance Company (hereinafter "The Hartford"), moves this Honorable Court for leave to file a Reply Brief to Plaintiff's Opposition to Motion to Dismiss/Motion for Summary Judgment. Plaintiff assents to this Motion.

As grounds therefore, The Hartford seeks to address two issues raised by

Plaintiff's Opposition to the dispositive motion it filed in a short Reply Brief.

Defendant,

**HARTFORD LIFE
INSURANCE COMPANY,**

By Its Attorneys,

_____
James J. Ciapciak, Esq: BBO #: 552328
*CIAPCIAK & ASSOCIATES, P.C.*
99 Access Road
Norwood, MA 02062
Tel: (781) 255-7401
Fax: (781) 255-7401


### L.R. 7.1 CERTIFICATE

Defendants state that they have conferred with counsel of record in this matter in a good faith attempt to obtain concurrence in the relief sought, and counsel for Plaintiff <u>ASSENTED</u> to this Motion.

_____
James J. Ciapciak


### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2005, I caused to be delivered, by first class mail, a copy of this pleading to Federal Court, pursuant to 28 U.S.C.A. § 1441 to Cheri L. Crow, Esquire, 23 Walkers Brook Drive, Reading, MA 01867

_____
James J. Ciapciak