CIAPCIAK
&
ASSOCIATES, P. C.

ATTORNEYS AT LAW

99 Access Road
Norwood, MA 02062
Tel (781) 255-7401
Fax (781) 255-7402

BOSTON, MA OFFICE
(617) 951-2727

RHODE ISLAND OFFICE
(401) 996-7401

February 24, 2006

Nicole Spooner, Clerk to Judge Keeton
United States District Court
District of Massachusetts
John Joseph Moakley Court House
1 Courthouse Way
Boston, MA 02210

Re: **Decologero v. Hartford Life Insurance Co**
**USDC Massachusetts**
**Civil Action No: 05 11613 REK**

Dear Ms. Spooner:

This letter will serve to confirm your discussion with my assistant allowing until March 3, 2006, for the Reply Brief to be filed.

Thank you.

Very truly yours,

James Ciapciak

JJC:mmg
cc:  Cheri Crow, Esquire
     Andrew Stabnick