UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
WILLIAM DECOLOGERO,                         )
    Plaintiff                               )
                                            )
                                            )   CIVIL ACTION
    v.                                      )   NO. 05-11613-REK
                                            )
                                            )
HARTFORD LIFE INSURANCE                     )
COMPANY,                                    )
    Defendant                               )
_____)

**Final Judgment**
May 17, 2006

    For the reasons stated in the Memorandum and Order of this date, it is hereby

ORDERED:

    This case is closed.


_____/s/Robert E. Keeton_____          _/s/Jennifer Filo_____
    Robert E. Keeton                           Jennifer Filo, Deputy Clerk
Senior United States District Judge