UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11613-REK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                        \*
WILLIAM DECOLOGERO,                     \*
    Plaintiff                           \*
                                        \*
v.                                      \*
                                        \*
HARTFORD LIFE INSURANCE                 \*
    COMPANY,                            \*
    Defendant                           \*
                                        \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF CHANGE OF ADDRESS**

Please enter my change of address in the above matter as set forth below:

Cheri L. Crow, Esq.
Law Office of Cheri L. Crow
Two Main Street
Suite 300
Stoneham, MA   02180
(781) 438-6400

Plaintiff
William Decologero
By his Attorney


/s/   *Cheri L. Crow*
_____
Cheri L. Crow, Esq.
BBO#106830
Law Office of Cheri L. Crow
Two Main Street
Suite 300
Stoneham, MA   02180
(781) 438-6400
chericrow@attorneycrow.org

2

CERTIFICATE OF SERVICE

    I, Cheri L. Crow, Esq., counsel for Plaintiff William Decologero, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 12, 2006.

James Ciapciak, Esq.<br>
Ciapciak & Associates, P.C.<br>
99 Access Road<br>
Norwood, MA   02062

    /s/  *Cheri L. Crow*
_____
Cheri L. Crow, Esq.