## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11613

William Decologero

v.

Hartford Life Insurance Company

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-25

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/15/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/6/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11613-REK

Decologero v. Hartford Life Insurance Company
Assigned to: Senior Judge Robert E. Keeton
Demand: $144,000
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 08/02/2005
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**William Decologero**  represented by  **Cheri L. Crow**
Cheri L. Crow, Esq.
Two Main Street
Suite 300
Stoneham, MA 02180
781-438-6400
Email: chericrow@attorneycrow.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hartford Life Insurance Company**  represented by  **James J. Ciapciak**
Ciapciak & Associates, PC
99 Access Road
Norwood, MA 02062
781-255-7401
Fax: 781-255-7402
Email: jjc@candalawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Hartford Life Insurance Company**

[Certification stamp: I hereby certify on 7/5/2006 that the foregoing document is a true and correct copy of the electronic docket in the captioned case, electronically filed original filed on ___, original filed in my office on 7/5/2006. Sarah A. Thornton, Clerk, U.S. District Court, District of Massachusetts. By: /s/ Deputy Clerk]

V.

**Counter Defendant**

William Decologero          represented by **Cheri L. Crow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2005 | 1 | COMPLAINT against Hartford Life Insurance Company Filing fee: $ 250, receipt number 65988, filed by William Decologero. (Attachments: # 1 Civil Cover Sheet)(Folan, Karen) (Entered: 08/04/2005) |
| 08/02/2005 |  | Summons Issued as to Hartford Life Insurance Company. (Folan, Karen) (Entered: 08/04/2005) |
| 08/02/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Folan, Karen) (Entered: 08/04/2005) |
| 09/28/2005 | 4 | SUMMONS Returned Executed Hartford Life Insurance Company served on 9/20/2005. (Folan, Karen) (Entered: 10/14/2005) |
| 10/12/2005 | 2 | ANSWER to Complaint by Hartford Life Insurance Company. (Folan, Karen) (Entered: 10/14/2005) |
| 10/14/2005 | 3 | NOTICE of Scheduling Conference Scheduling Conference set for 12/1/2005 02:00 PM before Judge Robert E. Keeton. (Folan, Karen) (Entered: 10/14/2005) |
| 11/29/2005 | 5 | JOINT STATEMENT re scheduling conference. (Folan, Karen) (Entered: 12/01/2005) |
| 11/30/2005 | 6 | CERTIFICATION pursuant to Local Rule 16.1 by Hartford Life Insurance Company.(Folan, Karen) (Entered: 12/01/2005) |
| 11/30/2005 | 7 | CORPORATE DISCLOSURE STATEMENT by Hartford Life Insurance Company. (Folan, Karen) (Entered: 12/01/2005) |
| 12/01/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Scheduling Conference held on 12/1/2005. Parties submitted original, signed 16b statements before |

| | | |
|---|---|---|
| | | conference and then in open court said that they had already submitted 16.1 statments but wanted to provide originals. Parties submitted proposed trial schedule. REK accepts the proposed schedule. Pretrial conference set for 12:00 p.m. on Wednesday, October 11, 2006 and Jury trial set for Monday October 23, 2006 at 9:00 a.m. Colloquy re: mediation. Plaintiff wants mediation but defendant is uncertain about its clients wishes right now. REK wants parties to report back in a couple of weeks about proceeding with court mediation program. (Court Reporter Cloonan.) (Folan, Karen) (Entered: 12/05/2005) |
| 12/01/2005 | 8 | CERTIFICATION pursuant to Local Rule 16.1 by William Decologero.(Folan, Karen) (Entered: 12/08/2005) |
| 12/16/2005 | 9 | MOTION to Stay discovery pending a ruling on the motion to dismiss/motion for summary judgment by Hartford Life Insurance Company.(Folan, Karen) (Entered: 12/20/2005) |
| 12/16/2005 | 10 | MOTION to Dismiss/motion for summary judgment by Hartford Life Insurance Company.(Folan, Karen) (Entered: 12/20/2005) |
| 12/16/2005 | 11 | MEMORANDUM of law in Support re 10 MOTION to Dismiss/motion for summary judgment filed by Hartford Life Insurance Company. (Folan, Karen) (Entered: 12/20/2005) |
| 12/16/2005 | 12 | STATEMENT of undisputed facts in support of 10 MOTION for summary judgment. (Folan, Karen) (Entered: 12/20/2005) |
| 12/16/2005 | 13 | AFFIDAVIT of Diane Favreau re 10 MOTION to Dismiss/motion for summary judgment. (Folan, Karen) (Entered: 12/20/2005) |
| 12/21/2005 | 14 | COUNTERCLAIM against William Decologero, filed by Hartford Life Insurance Company. (Attachments: # 1 Exhibit) (Folan, Karen) (Entered: 12/22/2005) |
| 01/10/2006 | 15 | ANSWER to Counterclaim by William Decologero.(Crow, Cheri) (Entered: 01/10/2006) |
| 01/10/2006 | 16 | AMENDED ANSWER to *COUNTERCLAIM* by William Decologero. (Crow, Cheri) (Entered: 01/10/2006) |
| 01/20/2006 | 17 | Opposition re 10 MOTION to Dismiss filed by William Decologero. (Crow, Cheri) (Entered: 01/20/2006) |
| 01/20/2006 | 18 | MEMORANDUM in Opposition re 10 MOTION to Dismiss |

| | | |
|---|---|---|
| | | filed by William Decologero. (Crow, Cheri) (Entered: 01/20/2006) |
| 01/25/2006 | 19 | MOTION for Leave to File Defendants' Reply Brief to Plaintiff's Opposition to Motion to Dismiss/Motion for Summary Judgment by Hartford Life Insurance Company. (Filo, Jennifer) (Entered: 01/31/2006) |
| 02/03/2006 | | Judge Robert E. Keeton: Electronic ORDER entered granting 19 Motion for Leave to File Reply to Opposition. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Filo, Jennifer) (Entered: 02/03/2006) |
| 02/08/2006 | | Judge Robert E. Keeton: Electronic ORDER entered granting 9 Motion to Stay Discovery. (Filo, Jennifer) (Entered: 02/08/2006) |
| 03/01/2006 | 21 | Letter/request (non-motion) from James Ciapciak to clerk re: deadline for reply brief to be filed. (Filo, Jennifer) (Entered: 03/09/2006) |
| 03/02/2006 | 20 | First REPLY to Response to Motion re 10 MOTION to Dismiss filed by Hartford Life Insurance Company. (Bailey, Nadine) (Entered: 03/02/2006) |
| 05/17/2006 | | Senior Judge Robert E. Keeton: Electronic ORDER entered granting 10 Motion to Dismiss/Motion for Summary Judgment. (Filo, Jennifer) (Entered: 05/17/2006) |
| 05/17/2006 | 22 | Senior Judge Robert E. Keeton: MEMORANDUM AND ORDER entered. (Filo, Jennifer) (Entered: 05/17/2006) |
| 05/17/2006 | 23 | Senior Judge Robert E. Keeton: FINAL JUDGMENT in favor of Defendant against Plaintiff.(Filo, Jennifer) (Entered: 05/17/2006) |
| 06/12/2006 | 24 | NOTICE of Change of Address by Cheri L. Crow (Crow, Cheri) (Entered: 06/12/2006) |
| 06/15/2006 | 25 | NOTICE OF APPEAL as to 22 Memorandum & ORDER, 23 Judgment by William Decologero. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal |

| | | Record due by 7/5/2006. (Crow, Cheri) (Entered: 06/15/2006) |

District of Massachusetts Version 2.5 - Docket Report
Case 1:05-cv-11613-RGS   Document 26-2   Filed 07/06/2006   Page 5 of 5
Page 5 of 5

https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?760206546257346-L_280_0-1   7/5/2006