## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cv-11613

William Decologero

v.

Hartford Life Insurance Company

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: I-25

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/15/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2006.

Sarah A Thornton, Clerk of Court

By: _____

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7.11.06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2035

- 3/06