UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM DECOLOGERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 11613 REK |
| ) | |
| HARTFORD LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**HARTFORD LIFE INSURANCE COMPANY'S
MOTION TO LIFT THE STAY ON DISCOVERY
AND FOR A NEW SCHEDULING ORDER**

Defendant Hartford Life Insurance Company (hereinafter the "Hartford") filed a Motion to Dismiss/Motion for Summary Judgment based upon the statute of limitations, which was allowed by the Court. At the time the dispositive motion was filed, the Hartford also moved to stay all discovery (and initial disclosures) pending a ruling on the motion to dismiss/motion for summary judgment, which was Granted by the Court. There remains in this case the Hartford's counter claims for $31,000.00, which will require some discovery.

As grounds for its motion, the Hartford further states that the old Scheduling Order no longer applies, and new deadlines must be set.

WHEREFORE, the Hartford respectfully requests that the Stay on discovery that was entered by the Court be lifted, and that the Court issue a new Scheduling Order with

respect to the remaining claims.

        Respectfully submitted by,

        HARTFORD LIFE INSURANCE
        COMPANY,
        By Its Attorneys,

        _____
        James J. Ciapciak, BBO #: 552328
        Nadine M. Bailey, BBO # 644493
        CIAPCIAK & ASSOCIATES, P.C.
        99 Access Road
        Norwood, MA  02062
        Tel:  (781) 255-7401
        Fax:  (781) 255-7401

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on August 24, 2006, I contacted Plaintiff's counsel and we conferred and attempted in good faith to resolve or narrow the issues pursuant to L.R. 7.1(A)(2).

        */s/  James J. Ciapciak*
        James J. Ciapciak

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon Counsel of Record on August __, 2006.

        */s/  James J. Ciapciak*
        James J. Ciapciak