UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11613

```
**************************************
                                      *
WILLIAM DECOLOGERO,                   *
        Plaintiff                     *
                                      *
v.                                    *
                                      *
HARTFORD LIFE INSURANCE               *
        COMPANY,                      *
        Defendant                     *
                                      *
**************************************
```

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
LIFT STAY AND FOR NEW DISCOVERY ORDER**

Plaintiff William Decologero hereby states his opposition to Defendant Hartford Life Insurance Company's Motion to Lift Stay on Discovery and For a New Scheduling Order. Plaintiff states that his case was originally brought pursuant to the Employee Retirement Security Act ("ERISA"), 29 U.S.C. §§ 1001 *et. seq.,* and involved a claim to recover disability benefits due under an employee benefit plan and to enforce rights under the terms of the plan. 29 U.S..C. § 1132(e)(1). Defendant filed a counterclaim alleging that since it had retroactively terminated Plaintiff's claim for benefit, it had overpaid Plaintiff and was entitled to reimbursement. Defendant moved to dismiss/summary judgment claiming that Plaintiff's claims were barred by the policy's three year limitation period. The District Court granted that motion.

The Court entered final judgment and Plaintiff appealed. This court then re-opened the case based on the existence of Defendant's counterclaims.

Plaintiff's appeal is still pending before the First Circuit Court of Appeals. Plaintiff has responded to an Appeals Court Order to show cause why the appeal should not be dismissed. In essence, the Plaintiff has requested that the Appeals Court grant permission for the appeal at this time since the factual matters involved in addressing Defendant's counterclaims are the same as those involved in Plaintiff's case if it is reinstated after appeal.

This Court should not rule on Defendant's motion until the Appeals Court has determined if the appeal will be allowed to proceed. If the appeal proceeds, then the stay should be continued as the factual matters involved in Defendant's counterclaims will be the same as those involved in Plaintiff's claims. If the appeal is dismissed, then the stay should be lifted at that time.

Plaintiff
William Decologero
By his Attorney

/s/  *Cheri L. Crow*
_____
Cheri L. Crow, Esq.
BBO#106830
Law Office of Cheri L. Crow
Two Main Street, Suite 300
Stoneham, MA   02180
(781) 438-6400

chericrow@attorneycrow.org

2

CERTIFICATE OF SERVICE

      I, Cheri L. Crow, Esq., counsel for Plaintiff William Decologero, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2006.

James Ciapciak, Esq.<br>
Ciapciak & Associates, P.C.<br>
99 Access Road<br>
Norwood, MA   02062

/s/ *Cheri L. Crow*

_____

Cheri L. Crow, Esq.