# United States Court of Appeals
## For the First Circuit

*[handwritten: 05-11613 massachusetts (B) R. Keeton]*

No. 06-2035

WILLIAM DECOLOGERO,

Plaintiff, Appellant,

v.

HARTFORD LIFE INSURANCE COMPANY,

Defendant, Appellee.

---

Before

Torruella, Selya and Howard,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: October 3, 2006

Because not all claims against all parties have been adjudicated, and because the district court did not purport to render the interlocutory order immediately appealable under Fed. R. Civ. P. 54(b), this appeal is dismissed for lack of jurisdiction.

<u>Dismissed</u>.

By the Court:

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk.

**Richard Cushing Donovan, Clerk**

*[signature]*
**Deputy Clerk**

By: _____MARGARET CARTER_____
      Chief Deputy Clerk.

**Date: 10-24-06**

[cc: Cheri L. Crow, Esq., James J. Ciapciak, Esq.]