UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM DECOLOGERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO: 11613 REK |
| HARTFORD LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**RENEWED MOTION TO LIFT THE STAY ON DISCOVERY
AND FOR A NEW SCHEDULING ORDER**

Defendant Hartford Life Insurance Company (hereinafter the "Hartford") filed a Motion to Dismiss/Motion for Summary Judgment based upon the statute of limitations, which was allowed by the Court. At the time the dispositive motion was filed, the Hartford also moved to stay all discovery (and initial disclosures) pending a ruling on the motion to dismiss/motion for summary judgment, which was Granted by the Court. There remains in this case the Hartford's counter claims for $31,000.00, which will require some discovery.

On August 29, 2006 the Hartford filed a Motion to Lift the Stay on Discovery. On August 30, 2006 Defendant filed a Petition for Permission to Appeal. On October 3, 2006, the United States Court of Appeals for the First Circuit Dismissed Defendant's appeal.

As grounds for this renewed Motion, Hartford further states that the old Scheduling Order no longer applies, and new deadlines must be set.

WHEREFORE, the Hartford respectfully requests that the Stay on discovery that was entered by the Court be lifted, and that the Court issue a new Scheduling Order with respect to the remaining claims.

Respectfully submitted by,

HARTFORD LIFE INSURANCE COMPANY,
By Its Attorneys,

/s/ Nadine M. Bailey
Nadine M. Bailey, BBO # 644493
James J. Ciapciak, BBO #: 552328
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA  02062
Tel:  (781) 255-7401
Fax:  (781) 255-7401

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on November 2, 2006, I contacted Plaintiff's counsel and we conferred and attempted in good faith to resolve or narrow the issues pursuant to L.R. 7.1(A)(2).

/s/ Nadine M. Bailey
Nadine M. Bailey, BBO # 644493

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon Counsel of Record on November 2, 2006.

/s/ Nadine M. Bailey
Nadine M. Bailey, BBO # 644493