## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM DECOLOGERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO: 11613 REK |
| HARTFORD LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## HARTFORD LIFE INSURANCE COMPANY'S
## OPPOSITION TO PLAINTIFF'S MOTION FOR FINAL JUDGMENT

Hartford Life Insurance Company ("Hartford") respectfully submits this Opposition to Plaintiff's Motion for Final Judgment. As grounds therefore, Hartford states:

1. Plaintiff *omits* from his factual chronology that the Appeals Court has *twice* refused to let Plaintiff Appeal the Decision Granting Hartford's Partial Motion for Summary Judgment as there exist counter claims that remain open.

2. As Plaintiff admits in his Motion, page two (third paragraph), Hartford's Counterclaims are based on similar facts and remain pending in this Court.

3. As Plaintiff also admits, he will Appeal the Decisions of the Court. Thus, if allowed to Appeal now, the Appeals Court will have to deal with two Appeals on two Decisions issued by this Court solely because Plaintiff does not want to wait for this Court to issue a Decision on Defendant's Counterclaims. This is the reason why the Appeals Court requires that all claims be finally decided before appealing.

4. This is Plaintiff's *third attempt* to circumvent the interlocutory appeal rule, and it has required three Oppositions by the Hartford (see attached briefs and the last ruling by the Appeals Court.) Such tactics ought to be discouraged by Fed. R. Civ. P. 37, and Hartford ought to be awarded fees and costs associated with

opposing at least this third motion by Plaintiff. Trying to get three bites of the appeal apple is not right.

        Defendant,

        **HARTFORD LIFE**
        **INSURANCE COMPANY,**

        By Its Attorneys,

         /s/ James J. Ciapciak
        James J. Ciapciak, Esq
        Court of Appeals Bar No. 59100
        ***CIAPCIAK & ASSOCIATES, P.C.***
        99 Access Road
        Norwood, MA 02062
        Tel: (781) 255-7401
        Fax: (781) 255-7401

## CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of November 13, 2006, I caused to be delivered, by first class mail, a copy of this pleading to Plaintiff's counsel an the following address:

        Cheri L. Crow, Esquire,
        Law Offices of Cheri L Crow
        Two Main Street, Suite 300
        Stoneham, MA 02108

         /s/ James J. Ciapciak
        James J. Ciapciak