UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

)
WILLIAM DECOLOGERO, )
)
   Plaintiff/Defendant in Counterclaim )
)
v. )  CIVIL ACTION NO: 11613 REK
)
HARTFORD LIFE INSURANCE )
COMPANY, )
)
   Defendant / Plaintiff in Counterclaim )
)

## JOINT STATEMENT PURSUANT TO F.R.C.P. 16(B) AND LOCAL RULE 16.1(D)

The parties in the above-captioned action have conferred and submit the within Joint Statement pursuant to F.R.C.P. 26 and Local Rule 16.1.

### I. INITIAL DISCLOSURES

Defendant / Plaintiff in Counterclaim and Plaintiff / Defendant in Counterclaim will make the required pre-discovery disclosures pursuant to F.R.C.P. 26(a)(1) within 14 days after the Scheduling Conference.

### II. PRE-TRIAL SCHEDULE

1. Motions to add parties, add claims or move to dismiss claims to be filed by January 8, 2007.

2. Discovery, if any, to be completed by April 16, 2007.

3. Dispositive motions to be filed by July 1, 2007.

4. Oppositions to Dispositive motions to be filed by August 1, 2007

5. Pre-Trial Conference — As the Court's calendar permits

6. Trial — As the Court's calendar permits

### III. TRIAL BY MAGISTRATE JUDGE

The parties have discussed trial by magistrate judge and all parties do <u>not</u> agree to a trial by magistrate judge.

### IV. SETTLEMENT PROPOSALS

Defendant / Plaintiff in Counterclaim will serve a written settlement demand on Plaintiff / Defendant in Counterclaim prior to the Scheduling Conference.

### V. MEDIATION

The parties are agreeable to discussing non-binding mediation.

### VI. AGENDA FOR SCHEDULING CONFERENCE

At the time the Court Ordered the parties to file within fourteen days from the date of the November 17, 2006 Order to file a jointly proposed scheduling order, a Scheduling Conference had not been set.

### VII. LOCAL RULE 16.1(D)(3) CERTIFICATIONS

The parties' Local Rule 16.1(D)(3) certifications have been or will be filed.

Respectfully submitted,

For Plaintiff / Defendant in Counterclaim,
William DeCologero,
By his attorney,

_____
Cheri L. Crow, BBO # 106830
Law Office of Cheri L. Crow
Two Main Street, Suite 300
Stoneham, MA 02180
(781) 438-6400

For Defendant / Plaintiff in Counterclaim
The Hartford Life Insurance Co.,
By its attorneys,

_____
James J. Ciapciak BBO # 552328
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401