UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM DECOLOGERO, | ) ) ) | |
| Plaintiff/Defendant in Counterclaim, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO: 11613 REK |
| HARTFORD LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant/Plaintiff in Counterclaim. | ) ) | |

**HARTFORD LIFE INSURANCE COMPANY'S**
**MOTION TO EXTEND THE TRACKING ORDER**

Hartford Life Insurance Company ("Hartford Life") respectfully moves this Honorable Court to extend the tracking order by 60 days beginning with the deadline for filing all dispositive motions (July 1, 2007). As grounds therefore, Hartford Life states the following:

1. On November 30, 2006 the Parties filed a Joint Statement Pursuant to F.R.C.P 16(B) with a proposed Tracking Order in which discovery requests and depositions were to be completed by April 16, 2007.

2. Hartford Life noticed William Decologero's deposition to take place within the discovery deadline.

3. William Decologero's counsel represented that due to William Decologero's spouse having terminal illness, William Decologero was not available for his deposition within the discovery deadline.

4. As a courtesy, Hartford Life agreed to reschedule William Decologero's deposition at a time that would be convenient for him.

5. William Decologero was finally available and Hartford Life took his deposition on June 5, 2007.

1

6. During his deposition William Decologero testified that the person on the Hartford Life's surveillance video was not William Decologero, rather it was his alleged identical twin brother Joseph Decologero.

7. Because William Decologero's deposition was conducted <u>at his request</u> beyond the discovery deadline, the Hartford has been unable to depose William Decologero's alleged twin, Joseph Decologero (who allegedly was driving William Decologero's vehicle(s) and living at William Decologero's home).

8. The deposition testimony of Joseph Decologero is critical and will have a significant, material effect on all claims.

9. In order for Hartford Life to file a Motion for Summary Judgment, it must be allowed an opportunity to depose William Decologero's alleged twin brother.

10. A 60 day extension on the deadline within which to file dispositive motions will allow the Hartford time to complete discovery and will have no prejudicial effect on William Decologero.

11. The Hartford asserts that in the interest of fairness and justice the Parties be given an additional 60 days to investigate material facts which are essential to any dispositive motions.

WHEREFORE, Hartford Life Insurance Company hereby respectfully moves this Honorable Court to extend the scheduling order by 60 days, beginning with the deadline for filing all dispositive motions by July 1, 2007, adjust all remaining dates

accordingly and allow Hartford Life Insurance Company an opportunity to complete discovery.

>For Defendant / Plaintiff in Counterclaim
>The Hartford Life Insurance Co.,
>By its attorneys,
>
>/s/ James J. Ciapciak
>James J. Ciapciak BBO # 552328
>Ciapciak & Associates, P.C.
>99 Access Road
>Norwood, MA 02062
>(781) 255-7401

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on June 27, 2007, I contacted Plaintiff's counsel and we conferred and attempted in good faith to resolve or narrow the issues pursuant to L.R. 7.1(A)(2).

>/s/ James J. Ciapciak
>James J. Ciapciak

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon Counsel of Record on June 29, 2007.

>/s/ James J. Ciapciak
>James J. Ciapciak