UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11613

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*

WILLIAM DECOLOGERO,                            \*
 Plaintiff/Defendant in Counterclaim  \*

\*

v.                                             \*

\*

HARTFORD LIFE INSURANCE                        \*
 COMPANY,                                 \*
 Defendant/Plaintiff in Counterclaim  \*

\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WILLIAM DECOLOGERO'S MOTION TO QUASH DEPOSITION OF JOSEPH DECOLOGERO

Plaintiff/Defendant in Counterclaim William Decologero (hereinafter

"Decologero") hereby moves to quash the Deposition of Joseph Decologero scheduled to

be taken by Defendant/Plaintiff in Counterclaim Hartford Life Insurance Company for

Tuesday, July 10, 2007.  As grounds for its opposition, Decologero states that the

discovery completion date was April 16, 2007 pursuant to this Court's order of December

11, 2007.   Therefore, Hartford has no authority to schedule this deposition.

Plaintiff/Defendant in Counterclaim
William Decologero
By his Attorney

/s/ *Cheri L. Crow*

_____
Cheri L. Crow, Esq. BBO#106830
Law Office of Cheri L. Crow
Two Main Street, Suite 300
Stoneham, MA   02180
(781) 438-6400
chericrow@attorneycrow.org

2

## CERTIFICATE OF SERVICE

I, Cheri L. Crow, Esq., counsel for Plaintiff/Defendant in Counterclaim William Decologero, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 5, 2007.

James Ciapciak, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA   02062

/s/  *Cheri L. Crow*

_____
Cheri L. Crow, Esq.