UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11613-RGS

WILLIAM DECOLOGERO

v.

HARTFORD LIFE INSURANCE COMPANY

ORDER ON DEFENDANT'S MOTION
FOR RECONSIDERATION

July 13, 2007

STEARNS, D.J.

In light of the serious allegations against plaintiff's counsel set out in the motion and the accompanying affidavit and exhibits, including the allegations of a fraud on the court, counsel will respond and show cause why sanctions should not be imposed.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE