UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11613-RGS

WILLIAM DECOLOGERO

v.

HARTFORD LIFE INSURANCE COMPANY

ORDER ON DEFENDANT'S MOTION
FOR RECONSIDERATION

July 20, 2007

STEARNS, D.J.

Having reviewed plaintiff's counsel's affidavit and the accompanying exhibits filed in opposition to defendant Hartford Life Insurance Company's (Hartford) Motion for Reconsideration, the court is satisfied that the November 16, 2001 letter (identifying plaintiff William Decologero's twin brother Joseph) was sent to Hartford and that the allegations made by Hartford against plaintiff's counsel of committing a fraud on the court are unfounded. Accordingly, the motion for reconsideration is DENIED.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE