UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1:05-cv-11613

```
***************************************
                                       *
WILLIAM DECOLOGERO,                    *
     Plaintiff/Defendant in Counterclaim *
                                       *
v.                                     *
                                       *
HARTFORD LIFE INSURANCE                *
     COMPANY,                          *
     Defendant/Plaintiff in Counterclaim *
                                       *
***************************************
```

PLAINTIFF WILLIAM DECOLOGERO'S MOTION FOR PRETRIAL CONFERENCE

Plaintiff/Defendant in Counterclaim William Decologero (hereinafter "Mr. Decologero") hereby moves that this Court schedule and hold a pretrial conference in the above matter. In support of this motion, Mr. Decologero states that pursuant to this Court's December 11, 2006 Scheduling Order, the time for discovery has passed as well as the time for dispositive motions. There has been no activity in this case since July 30, 2007.

Plaintiff
William Decologero
By his Attorney

/s/  *Cheri L. Crow*
_____
Cheri L. Crow, Esq.
BBO#106830
Law Office of Cheri L. Crow
Two Main Street, Suite 300
Stoneham, MA  02180
(781) 438-6400
chericrow@attorneycrow.org

CERTIFICATE OF SERVICE

      I, Cheri L. Crow, Esq., counsel for Plaintiff/Defendant in Counterclaim William Decologero, hereby certify that this document filed through the ECF system will be sent electronically on this 13th day of February 2008 to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2006.

> James Ciapciak, Esq.
> Ciapciak & Associates, P.C.
> 99 Access Road
> Norwood, MA   02062

                                    /s/  *Cheri L. Crow*
                                    _____
                                    Cheri L. Crow, Esq.