CIAPCIAK
&
ASSOCIATES, P.C.
ATTORNEYS AT LAW

99 Access Road
Norwood, MA 02062
Tel (781) 255-7401
Fax (781) 255-7402

BOSTON, MA OFFICE
(617) 951-2727

RHODE ISLAND OFFICE
(401) 996-7401

February 14, 2008

Civil Clerk's Office
United States District Court
District of Massachusetts
John Joseph Moakley Court House
1 Courthouse Way
Boston, MA 02210

Re:   DeCologero v. Hartford Life Insurance Co
      USDC Massachusetts
      Civil Action No:   05 11613 REK

Dear Sir/Madam:

Please be advised that counsel for Plaintiff, once again, failed to conduct a L.R. 7.1 Conference with opposing counsel prior to filing a motion. Mr. Decologero's Motion ought to be rejected and sent back to Attorney Crow.

Very truly yours,

James J. Ciapciak

JJC/acb
Enclosure

cc: Cheri L. Crow, Esquire

F:/JJC/DeCologero/Court 2 14 08