UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM DECOLOGERO, )<br>　)<br>　Plaintiff/Defendant-in-Counterclaim )<br>　)<br>v. )<br>　)<br>HARTFORD LIFE INSURANCE )<br>COMPANY, )<br>　)<br>　Defendant/Plaintiff-in-Counterclaim ) | CIVIL ACTION NO:  11613 REK |

### HARTFORD LIFE INSURANCE COMPANY'S, LIMITED OPPOSITION TO THE MOTION FOR PRE-TRIAL CONFERENCE

Defendant/Plaintiff-in-Counterclaim, Hartford Life Insurance Company (hereinafter "Hartford Life"), submits this <u>limited</u> opposition to Plaintiff's Motion for a Pre-Trial Conference.[1]

As grounds for this Opposition, Hartford Life states that it will be in the best interests of all, and this Court, for the parties to serve and file Motions for Summary Judgment.  As such, Hartford Life requests that this Honorable Court Order a short dispositive motion deadline within which the Parties may file and respond to Motions for Summary Judgment.  Attached to this Motion is a Proposed Order of the Court.

---

[1] It should be noted that, <u>once again</u>, Plaintiff failed to conduct a L.R. 7.1 Conference prior to filing the subject motion.

1

WHEREFORE, Hartford Life respectfully requests that Mr. DeCologero's Motion for a Pre-Trial Conference be denied in part and for the Court to issue an Order with deadlines for the parties to submit dispositive motions.

        Respectfully submitted by,
        HARTFORD LIFE INSURANCE COMPANY,
        By Their Attorneys,

        /s/ James J. Ciapciak_____
        James J. Ciapciak, BBO #: 552328
        CIAPCIAK & ASSOCIATES, P.C.
        99 Access Road
        Norwood, MA  02062
        Tel:  (781) 255-7401
        Fax:  (781) 255-7401

**CERTIFICATE OF SERVICE**

I, James J. Ciapciak, hereby certify that this document filed through the ECF system will be sent electronically on this 14th day of February 2008 to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants:

        Cheri L. Crow, Esquire
        Two Main Street
        Suite 300
        Stoneham, MA 02180

        /s/ James J. Ciapciak_____
        James J. Ciapciak

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM DECOLOGERO,**<br><br>    Plaintiff/Defendant-in-Counterclaim<br><br>v.<br><br>**HARTFORD LIFE INSURANCE COMPANY,**<br><br>    Defendant/Plaintiff-in-Counterclaim | CIVIL ACTION NO:  11613 REK |

## ORDER

After a review of Plaintiff/Defendant-in-Counterclaim's Motion and Defendant/Plaintiff-in-Counterclaim's Limited Opposition, it is hereby **ORDERED**:

1. that Plaintiff/Defendant-in-Counterclaim's Motion for a Pre-Trial Conference be Denied;

2. that Defendant/Plaintiff-in-Counterclaim's Limited Opposition be Allowed;

3. that Defendant/Plaintiff-in-Counterclaim be allowed until March 4, 2008 to file its Motion for Summary Judgment; and

4. that Plaintiff/Defendant-in-Counterclaim has until March 24, 2008 to file his Opposition.

By the Court


Assistant Clerk

**ENTERED:**_____