February 19, 2008

**VIA ECF**

Attn: Mary Johnson
Civil Clerk Office
United States District Court
District of Massachusetts
John Joseph Moakley Court House
1 Courthouse Way
Boston, MA 02210

    Re:    **DeCologero v. Hartford Life Insurance Co**
            **USDC Massachusetts**
            <u>**Civil Action No:   05 11613 REK**</u>

Dear Ms. Johnson:

      Please be advised that counsel for Plaintiff filed a Reply Brief to Hartford Life Insurance Company's Limited Opposition to her Motion for Pre-Trial Conference in disregard of the rules and <u>without leave of Court</u>. As such, Hartford Life hereby seeks leave of Court to respond to Mr. DeCologero's Reply.

      Hartford Life is not seeking, as plaintiff alleges, an extension of the discovery deadline; it seeks to file a dispositive motion. Hartford Life had waited to file its Motion for Summary Judgment pending the receipt of Plaintiff's responses to the written discovery propounded upon Mr. DeCologero, including responses to the Requests for Admission, Interrogatories and Request for Production of Documents.

      Hartford Life reiterates is request for leave to respond to Mr. DeCologero's Reply.

                                        Very truly yours,

                                        <u>/s/ James J. Ciapciak</u>
                                        James J. Ciapciak

JJC/acb
Enclosure
cc: Cheri L. Crow, Esquire
F:/JJC/DeCologero/Correspondence/Court 2 19 08