UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11613-RGS

WILLIAM DECOLOGERO

v.

HARTFORD LIFE INSURANCE COMPANY

<u>ORDER ON HARTFORD LIFE INSURANCE
COMPANY'S MOTION FOR SUMMARY JUDGMENT</u>

February 25, 2008

STEARNS, D.J.

On February 25, 2008, defendant/plaintiff-in-counterclaim, Hartford Life Insurance Company without requesting leave of court filed a summary judgment in this garden-variety disability insurance case. As the deadline for filing dispositive motions expired on July 1, 2007, this motion is <u>DENIED</u> as untimely. Trial will commence on Monday, April 28, 2008, at 9:00 a.m. in Courtroom 21 of the Moakley Federal Courthouse.

    SO ORDERED.

    /s/ Richard G. Stearns

    _____
    UNITED STATES DISTRICT JUDGE