# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**WILLIAM DECOLOGERO**

              **V.**              **CIVIL ACTION NO. 05-11613-RGS**

**HARTFORD LIFE INSURANCE CO.**

<u>**ORDER SETTING CIVIL CASE FOR JURY TRIAL**</u>

**STEARNS, DJ.**                               **FEBRUARY 27, 2008**

    THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON

<u>**MONDAY, APRIL 28, 2008**</u> AT 9:00 A.M. IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH

MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.,

    ON OR BEFORE APRIL 22, 2008, COUNSEL SHALL FILE THE FOLLOWING

**MATERIALS WITH THE COURT:**

        1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

        2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;

        3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;

        4. A "Joint List of Exhibits" as to which there is NO objection, <u>**IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS**</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>**ADMITTED**</u> and need NOT be independently offered at trial;

        5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>**IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,**</u> regardless of which party is the proponent of an exhibit;

        6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

        7. A <u>**TRIAL MEMORANDUM**</u> addressing those items as to which there are foreseeable disputes concerning issues of law;

        8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

        9. In cases to be tried by a jury:
            A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

    B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
    C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
    D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.

    **SO ORDERED.**

                                          **RICHARD G. STEARNS**
                                          **UNITED STATES DISTRICT JUDGE**

    **BY:**
                            /s/ Mary H. Johnson
                        _____
                             **Deputy Clerk**

**DATED AT BOSTON:  2/27/08**

**NOTE TO COUNSEL:   IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.**