UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM DECOLOGERO, )<br>)<br>Plaintiff/Defendant-in-Counterclaim, )<br>)<br>v. )<br>)<br>HARTFORD LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant/Plaintiff-in-Counterclaim. )<br>) | C.A. NO:05-11613 REK |

## JOINT MOTION TO CONTINUE THE TRIAL DATE

The Plaintiff/Defendant-in-Counterclaim, William DeCologero ("Mr. DeCologero") and Defendant/Plaintiff-in-Counterclaim ("Hartford Life") hereby move this Honorable Court to continue the April 28, 2008 trial date to a date beginning in the last week of May 2008 when all parties and counsel will be available for trial.

As grounds therefore, the Parties state the following:

1. On January 30, 2008, counsel for Hartford Life was ordered to appear for trial on April 28, 2008 on another matter filed in this Court, Dimon v. Metropolitan Life, et al., C.A. No. 1:05-cv-11073 (see January 30, 2008 ECF Notice resetting Jury Trial to April 28, 2008 at 9:00 a.m., a copy of which is attached hereto and marked as "Exhibit 1").

2. Mr. DeCologero's counsel, Attorney Crow, will be in Pittsburgh, PA from April 26 through April 29, 2008 to attend her daughter's graduation from the University of Pittsburgh.

3. There has been no Pre-Trial Conference in this matter.

4.  This is the first time this case has been assigned for trial and it has never previously been continued.

WHEREFORE, Plaintiff/Defendant-in-Counterclaim, William DeCologero and Defendant/Plaintiff-in-Counterclaim Hartford Life Insurance Company, hereby respectfully move this Honorable Court to continue the April 28, 2008 trial date to the last week in May 2008.

Respectfully submitted by:

| | |
|---|---|
| Plaintiff / Defendant in Counterclaim, William DeCologero, By his attorney, | Defendant / Plaintiff in Counterclaim The Hartford Life Insurance Co., By its attorneys, |
| /s/ Cheri L. Crow | /s/ James J. Ciapciak |
| Cheri L. Crow, BBO # 106830 Law Office of Cheri L. Crow Two Main Street, Suite 300 Stoneham, MA 02180 (781) 438-6400 | James J. Ciapciak BBO # 552328 Ciapciak & Associates, P.C. 99 Access Road Norwood, MA 02062 (781) 255-7401 |

## CERTIFICATE OF SERVICE

I, James J. Ciapciak, hereby certify that this document filed through the ECF system will be sent electronically on this 29th day of February 2008 to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants:

Cheri L. Crow, Esquire
Two Main Street
Suite 300
Stoneham, MA 02180

/s/ James J. Ciapciak
James J. Ciapciak

F:/JJC/DeCologero/Pleadings/MemSJ-Counterclaim.doc

**EXHIBIT 1**

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Wednesday, January 30, 2008 10:15 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-11073-NG Dimon v. Metropolitan Life, et al. Notice Resetting/Cancelling Deadline

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/30/2008 at 10:15 AM EST and filed on 1/30/2008
**Case Name:**        Dimon v. Metropolitan Life, et al.
**Case Number:**      1:05-cv-11073
**Filer:**
**Document Number:** No document attached

Docket Text:
**ELECTRONIC NOTICE Resetting Jury Trial to: 4/28/08 at 9:00 AM. (Molloy, Maryellen)**


**1:05-cv-11073 Notice has been electronically mailed to:**

David B. Kaplan  dkaplan@kaplanbond.com, bkeane@kaplanbond.com, jbromley@kaplanbond.com

Sandra S. McQuay  smcquay@swmlawyers.com

James J. Ciapciak  jjc@candalawyers.com

J. Owen Todd  jotodd@toddweld.com, lbrennan@toddweld.com

Andrea C. Kramer  akramer@swmlawyers.com

Kevin S. Murphy ksm@bizlit.com

Timothy J. O'Driscoll timothy.odriscoll@dbr.com

Brian Keane bkeane@kaplanbond.com

John E. DeWick jdewick@toddweld.com, dmealey@toddweld.com

Peter M. LeBlanc pml@candalawyers.com

Anthony B. Fioravanti abf@bizlit.com

**1:05-cv-11073 Notice will not be electronically mailed to:**

Kevin L. Golden
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996