UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM DECOLOGERO, | ) ) ) | |
| Plaintiff and Defendant in Counterclaim | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO: 11613RGS |
| HARTFORD LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant and Plaintiff in Counterclaim | ) ) ) | |

## PARTIES AGREED-TO STIPULATION TO DISMISS WITHOUT PREJUDICE

The parties to this lawsuit, Hartford Life Insurance Company ("Hartford Life") and William DeCologero ("Mr. Decologero"), hereby agree and Stipulate, pending this Honorable Court's approval of this Stipulation, as follows:

1. Hartford Life agrees to dismiss the counterclaims against Mr. Decologero, *without* prejudice to re-file those claims pending the results on appeal; and, in return,

2. William Decologero agrees that the Statute of Limitations as to Hartford Life's claims will be tolled and/or waivered and that if, but only if, Mr. Decologero prevails on his appeal, Hartford Life may raise the dismissed counterclaim again but must do so within three (3) months of the district court accepting the remand from the appeals court.

In support of this Stipulation, the parties state that currently, there will be a trial on Hartford Life's counterclaim. The trial is currently scheduled for May 27, 2008. If the trial proceeds at this time, no matter who wins, Mr. Decologero will be pursuing his appeal of the prior dismissal of his claim for disability benefits. If Mr. Decologero loses the appeal on that issue, that part of the case would be over. There could still be appeal issues raised by the non-prevailing party regarding the trial of the counterclaim that would have already taken place and if the decision was overturned, there could be a second trial and the possibility of additional appeals.

If the Stipulation is accepted by the Court, Hartford Life's counterclaim could only be raised again if Mr. Decologero prevailed on his appeal. Therefore, the possibility of two trials would be eliminated and all issues would be addressed at one time in one trial (If Mr. Decologero loses his appeal, there would be NO trial at all). In addition, there will be a decrease

in the likelihood that there would be two appeals because if Mr. Decologero does not prevail on appeal, the case is completely concluded with no trials and only one appeal.

The parties request that the Court approve this Stipulation which will cancel the May 27, 2008 trial and allow Mr. Decologero to pursue his appeal immediately.

| | |
|---|---|
| Plaintiff/Defendant in Counterclaim<br>**William DeCologero,**<br>By His Attorney, | Defendant/Plaintiff in Counterclaim<br>**Hartford Life Insurance Company,**<br>By Its Attorneys, |
| /s/ Cheri L. Crow<br>Cheri L. Crow, BBO # 106830<br>*Law Office of Cheri L. Crow*<br>Two Main Street, Suite 300<br>Stoneham, MA 02180<br>Tel: (781) 438-6400 | /s/ James J. Ciapciak<br>James J. Ciapciak, Esq: BBO # 552328<br>*Ciapciak & Associates, P.C.*<br>99 Access Road<br>Norwood, MA 02062<br>Tel: (781) 255-7401 |

Dated**:** May 13, 2008

**APPROVED BY THE COURT THIS _____ DAY OF MAY, 2008:**

_____
**Stearns, Richard, J.**