UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11613-REK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                         \*
WILLIAM DECOLOGERO,                      \*
    Plaintiff                            \*
                                         \*
v.                                       \*
                                         \*
HARTFORD LIFE INSURANCE                  \*
    COMPANY,                             \*
    Defendant                            \*
                                         \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF APPEAL**

    Notice is hereby given that William Decologero, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 19th day of May 2008.

    Plaintiff
William Decologero
By his Attorney


/s/  *Cheri L. Crow*
_____
Cheri L. Crow, Esq.
BBO#106830
Law Office of Cheri L. Crow
Two Main Street
Suite 300
Stoneham, MA   02180
(781) 438-6400
chericrow@attorneycrow.org

CERTIFICATE OF SERVICE

      I, Cheri L. Crow, Esq., counsel for Plaintiff William Decologero, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 20, 2008.

James Ciapciak, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA  02062

/s/ *Cheri L. Crow*
_____
Cheri L. Crow, Esq.

2